IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HAYDEN FRAZIER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:23-cv-03006-MDH |
| AGAPE BAPTIST CHURCH, INC., d/b/a AGAPE BOARDING SCHOOL, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Plaintiff, Hayden Frazier, and Defendant, Agape Baptist Church, Inc. d/b/a Agape Boarding School's Stipulation of Dismissal (Doc. 31), wherein pursuant to Federal Rules of Procedure Rule 41(a)(1)(A)(i) the parties stipulate and agree that this case and the Plaintiff's Complaint (DKT 1) may be dismissed in its entirety with prejudice, with each party to bear its own costs.

WHEREFORE, after review, the Court **ORDERS** that this matter is dismissed in its entirety, with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

DATED: August 6, 2024

                                               */s/ Douglas Harpool*
                                               **DOUGLAS HARPOOL**
                                               **UNITED STATES DISTRICT JUDGE**